**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Edina Realty Title, Inc.

Plaintiffs,

v.

**STIPULATION**

Island Mortgage Network, Inc.,
National Settlement Services Corp.
HSA Residential Mortgage Services of Texas, Inc.
Genise Smith-Watkins and William L. Watkins, Jr.
and all other persons, known and unknown,
who may claim an interest in
the land described herein.

Defendants.

Edina Realty Title, Inc., and HSA Residential Mortgage Services of Texas, Inc. through their respective counsel of record hereby stipulate and agree as follows:

1. All claims, crossclaims and counterclaims made against Genise Smith-Watkins and William L. Watkins, Jr. may be dismissed, with prejudice, on the merits, and without costs or disbursements awarded to any party.

2. All claims, charges, liens or encumbrances hereby claimed against the Subject Property herein, as described below, are hereby discharged and relinquished. The Subject Property is real property located in Washington County, Minnesota legally described as: Lot 34, Block 2, Woodview Acres Addition, and commonly known as: 1865 Lamplight Drive, Woodbury, Minnesota 55125.

3. The Court herein may, without further notice to any party, order such judgment as is consistent with the terms and conditions of this Stipulation.

FILED 5-3-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HOESCHLER & BEISEL, LLP**

April 16, 2002

By______________________________

Bradley N. Beisel #6191
Attorneys for Plaintiff
282 US Trust Center
730 Second Avenue South
Minneapolis, MN 55402-2444
Telephone: 612-436-2222

**MEAGHER & GEER**

Dated: 4/19/02

By:______________________________

Karl J. Yeager #179115
4200 Mutifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone 612-338-0661

IT IS SO ORDERED.

Dated: May 2, 2002

______________________________
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT