**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **EDINA REALTY TITLE, INC.,**<br><br>**PLAINTIFF**<br><br>**vs.**<br><br>**ISLAND MORTGAGE NETWORK, INC., NATIONAL SETTLEMENT SERVICES CORP., HSA RESIDENTIAL SERVICES OF TEXAS, INC.; GENISE SMITH-WATKINS AND WILLIAM L. WATKINS, JR.,**<br><br>**DEFENDANTS.** | **CIVIL FILE NO. 00-1978 ADM/AJB**<br><br>**ORDER FOR DISMISSAL** |
| | |

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

That the above-entitled action is hereby dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: September 2, 2003

United States District Judge
Ann D. Montgomery

FILED SEP - 3 2003
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD SEP - 3 2003
DEPUTY CLERK