AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Edina Realty Title, Inc.

V.

Island Mortgage Network, Inc., National Settlement Services Corporation, HSA Residential Services of Texas, Inc., Genise Smith-Watkins and William L. Watkins, Jr.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-1978 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the above-entitled action is herby dismissed with prejudice and on the merits, without furthr cost to any of the parties hereto.

September 3, 2003
Date

RICHARD D. SLETTEN, CLERK

G. Schneider

(By) Gloria Schneider, Deputy Clerk

Modified:03/10/03